Nov. Term,
1838.

THURMAN
v.
HAMMOND.

---

THURMAN *v.* HAMMOND.

If, in a suit commenced before a justice of the peace, the matter in controversy, exclusive of interest and costs, be less than 20 dollars, the Supreme Court has no jurisdiction.

*Friday,*
*January 18,*
1839.

ERROR to the *Spencer* Circuit Court.

BLACKFORD, J.— Action on contract against *Thurman,* commenced before a justice of the peace. Demand 3 dollars and 87 cents. No claim on the part of the defendant. Verdict and judgment in the justice's Court for the plaintiff for 3 dollars and 87 cents. Defendant appealed to the Circuit Court. Verdict and judgment in the Circuit Court for the plaintiff for 4 dollars and 54 cents. The costs are certified at 58 dollars and 76 cents. The defendant below is the plaintiff in error. A supersedeas was granted at the last term.

The matter in controversy in this cause, *exclusive of interest and costs,* is under 20 dollars. That being the case, this Court has no jurisdiction. Rev. Stat. 1838, p. 202.

*Per Curiam.*—The cause is dismissed for want of jurisdiction.

*J. A. Brackenridge,* for the plaintiff.

*S. C. Stevens,* for the defendant.